```
Docket as of October 24, 2000 7:18 pm                    Page 1

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

                    U.S. District Court
       U.S. District Court for the District of Oregon (Portland)

             CIVIL DOCKET FOR CASE #: 98-CV-886

Portland v. Union Pacific RR Co, et al                 Filed: 07/17/98
Assigned to: Honorable Owen M Panner       Jury demand: Plaintiff
Demand: $0,000                             Nature of Suit:  240
Lead Docket: None                          Jurisdiction: Federal Question
Dkt # in Multnomah County : is 9807-04878

Cause: 28:1441 Petition for Removal- Tort/Non-Motor Vehicle


PORT OF PORTLAND, a Port           Eric R Todderud
District & Political               [COR LD NTC]
Subdivision of the State of        Heller Ehrman White & Mc
Oregon                             Auliffe
     Plaintiff                     200 SW Market
                                   Suite 1750
                                   Portland, OR 97201-5718
                                   503-227-7400
                                   FTS 241-0950

                                   Svend A Brandt-Erichsen
                                   FTS 447-0849
                                   [COR]
                                   William D Maer
                                   [COR]
                                   Heller Ehrman White & Mc
                                   Auliffe
                                   701 5th Avenue
                                   6100 Columbia Center
                                   Seattle, WA 98104-7098
                                   206-447-0900
                                   FTS 447-0849


     v.


UNION PACIFIC RAILROAD COMPANY,    Robert E Maloney, Jr
a Utah corporation                 226-6151
     Defendant                     [COR LD NTC]
                                   Donald H Pyle
                                   FTS 224-0388
                                   503-226-6151
                                   [COR]
                                   Lee C Nusich
                                   [COR]
```

```
                                    Lane Powell Spears Lubersky LLP
                                    601 SW Second Avenue
                                    Suite 2100
```

Docket as of October 24, 2000 7:18 pm              Page 2

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

```
                                    Portland, OR 97204-3158
                                    (503) 778-2100
                                    FTS 778-2200
```

========================

```
UNION PACIFIC RAILROAD COMPANY    Robert E Maloney, Jr
      Counter-claimant            226-6151
                                  [COR LD NTC]
                                  Donald H Pyle
                                  FTS 224-0388
                                  503-226-6151
                                  [COR]
                                  Lee C Nusich
                                  [COR]
                                  Lane Powell Spears Lubersky LLP
                                  601 SW Second Avenue
                                  Suite 2100
                                  Portland, OR 97204-3158
                                  (503) 778-2100
                                  FTS 778-2200
```

------------------------

```
PORT OF PORTLAND                  Eric R Todderud
      Counter-defendant           [COR LD NTC]
                                  Heller Ehrman White & Mc
                                  Auliffe
                                  200 SW Market
                                  Suite 1750
                                  Portland, OR 97201-5718
                                  503-227-7400
                                  FTS 241-0950

                                  Svend A Brandt-Erichsen
                                  FTS 447-0849
                                  [COR]
                                  William D Maer
```

```
                              [COR]
                              Heller Ehrman White & Mc
                              Auliffe
                              701 5th Avenue
                              6100 Columbia Center
                              Seattle, WA 98104-7098
                              206-447-0900
                              FTS 447-0849


========================
```

```
Docket as of October 24, 2000 7:18 pm            Page 3

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al


UNION PACIFIC RAILROAD COMPANY,   Robert E Maloney, Jr
a Utah corporation                226-6151
     Defendant                    [COR LD NTC]
                                  Lee C Nusich
                                  [COR LD NTC]
                                  Lane Powell Spears Lubersky LLP
                                  601 SW Second Avenue
                                  Suite 2100
                                  Portland, OR 97204-3158
                                  (503) 778-2100
                                  FTS 778-2200


------------------------


UNION PACIFIC RAILROAD COMPANY    Robert E Maloney, Jr
     Counter-claimant             (See above)
                                  [COR LD NTC]
                                  Donald H Pyle
                                  FTS 224-0388
                                  503-226-6151
                                  [COR]
                                  Lee C Nusich
                                  (See above)
                                  [COR]
                                  Lane Powell Spears Lubersky LLP
                                  601 SW Second Avenue
                                  Suite 2100
                                  Portland, OR 97204-3158
                                  (503) 778-2100
                                  FTS 778-2200
```

---------------------------

PORT OF PORTLAND                     Eric R Todderud
      Counter-defendant              [COR LD NTC]
                                     Heller Ehrman White & Mc
                                     Auliffe
                                     200 SW Market
                                     Suite 1750
                                     Portland, OR 97201-5718
                                     503-227-7400
                                     FTS 241-0950

                                     Svend A Brandt-Erichsen
                                     FTS 447-0849
                                     [COR]
                                     William D Maer
                                     [COR]
                                     Heller Ehrman White & Mc


Docket as of October 24, 2000 7:18 pm          Page 4

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

                                     Auliffe
                                     701 5th Avenue
                                     6100 Columbia Center
                                     Seattle, WA 98104-7098
                                     206-447-0900
                                     FTS 447-0849

```
Docket as of October 24, 2000 7:18 pm            Page 5

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al


7/17/98  1      NOTICE OF REMOVAL by Defendant Union Pacific RR Co  ( Cause
                of Action: 28:1441ltn )  from Multnomah County Circuit Court
                Receipt # 404681 (kirk) [Entry date 07/20/98]


7/17/98  2      ORDER Discovery Schedule: Discovery due 11/16/98 & Pretrial
                order due 12/14/98 (kirk) [Entry date 07/20/98]


8/6/98   3      STIPULATED MOTION  by Defendant Union Pacific RR Co FOR
                ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT (ljb)
                [Entry date 08/07/98]


8/7/98   4      RECORD OF ORDER by Judge Janice M. Stewart GRANTING
                Stipulated MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
                COMPLAINT [3-1]; deadline reset to 8/14/98 for Union
                Pacific RR Co (counsel notified) (ljb) [Entry date 08/10/98]
```

```
8/7/98    7     CERTIFICATE OF SERVICE of application [6-1], application
                [5-1] by Plaintiff Port of Portland; no Consent to
                Magistrate on docket as of 8/7/98 (ljb)
                [Entry date 08/10/98]

8/10/98   5     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                Svend A. Brandt-Erichsen;  Local Counsel: Eric R. Todderud
                representing Plaintiff Port of Portland ; Fee paid, receipt
                # 405187;  Approved 8/10/98  by Judge Janice M. Stewart
                (counsel notified) (ljb)

8/10/98   6     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                William D. Maer;  Local Counsel: Eric R. Todderud
                representing Plaintiff Port of Portland ; Fee paid, receipt
                # 405186;  Approved 8/10/98  by Judge Janice M. Stewart
                (counsel notified) (ljb)

8/12/98   8     MOTION by Defendant Union Pacific RR Co TO DISMISS Oral
                Argument Requested (ljb) [Entry date 08/13/98]

8/12/98   9     MEMORANDUM OF LAW IN SUPPORT by Defendant Union Pacific RR
                Co of MOTION TO DISMISS [8-1] (ljb) [Entry date 08/13/98]

8/13/98   10    RECORD OF ORDER  by Judge Janice M. Stewart SETTING
                Defendants MOTION TO DISMISS [8-1] on oral argument
                calendar at 11:00am on 9/14/98 (counsel notified) (ljb)

8/26/98   11    MEMORANDUM by Plaintiff Port of Portland  IN OPPOSITION TO
                MOTION TO DISMISS [8-1] Reply due 9/9/98 (ljb)
                [Entry date 08/27/98]

8/26/98   12    CERTIFICATE OF SERVICE of memorandum [11-1] by Plaintiff
                Port of Portland (ljb) [Entry date 08/27/98]

8/27/98   13    ATTACHEMENT TO PORT OF PORTLAND'S MEMORANDUM IN OPPOSITION
                TO MOTION TO DISMISS as to Port of Portland (ljb)
                [Entry date 08/28/98]
```

```
Docket as of October 24, 2000 7:18 pm              Page 6

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

9/8/98    14    REPLY MEMORANDUM by Defendant Union Pacific RR Co IN
                SUPPORT OF RULE 12 MOTIONS [8-1] (ljb) [Entry date 09/09/98]

9/14/98   15    RECORD OF PROCEEDINGS on Hearing on Defendants Motion to
                Dismiss before Judge Janice M. Stewart; MOTION TO DISMISS
                [8-1] taken under advisement as of 9/14/98; parties to
```

submit supplemental briefing on the private right of action
issue by 10/2/98. (counsel notified) Court Rptr Tape #373,
374 (ljb) [Entry date 09/15/98]

10/2/98  16   SUPPLEMENTAL MEMORANDUM RE PRIVATE RIGHT OF ACTION UNDER
              ORS 468B.310 by Plaintiff Port of Portland (ljb)
              [Entry date 10/05/98]

10/2/98  17   SUPPLEMENTAL MEMORANDUM IN SUPPORT by Defendant Union
              Pacific RR Co of MOTION TO DISMISS [8-1] (ljb)
              [Entry date 10/05/98]

10/2/98  18   CERTIFICATE OF SERVICE of memorandum [16-1] by Plaintiff
              Port of Portland (ljb) [Entry date 10/05/98]

10/15/98 19   FINDINGS AND RECOMMENDATION  by Judge Janice M. Stewart
              MOTION TO DISMISS [8-1] by Union Pacific RR Co SHOULD BE
              GRANTED as to the Port's 8th claim for relief, DENIED as to
              the 1st,4th,5th & 7th claims for relief & GRANTED in part &
              DENIED in part as to the 6th claim for relief  s/ ST
              10/15/98 (cc: Counsel notified) Due date for filing
              objections: 11/2/98 Due date for response to objections:
              11/20/98 (tely) [Entry date 10/16/98]

10/28/98 20   OBJECTION to FINDINGS AND RECOMMENDATION by Defendant Union
              Pacific RR Co [19-1] (ljb) [Entry date 10/29/98]

11/10/98 21   RECORD OF ORDER by Judge Janice M. Stewart; Rule 16
              Telephone Conference set for 10:00am on 11/12/98 (counsel
              notified) (ljb) [Entry date 11/12/98]

11/12/98 22   RECORD OF PROCEEDINGS (Telephone Rule 16 Conference) before
              Judge Janice M. Stewart; discovery due 4/30/99; pretrial
              order set for 9/1/99; plaintiffs dispositive motions due
              4/16/99; defendant cross motions and plaintiffs Response to
              dispositive motions due 5/14/99; responses to cross motions
              by defendants and replies due 6/4/99; reply to cross motion
              due 6/16/99; taking dispositive motions under advisement on
              6/21/99; written consents to Magistrate, if any, due
              6/21/99; exchange of expert disclosure statement due
              8/18/99; Pretrial documents due 9/24/99; objections to
              pretrial submissions due 9/29/99; Final pretrial conference
              set for 1:30pm on 10/1/99; 8 day jury trial set for 9:30am
              on 10/5/99 in Portland,  (counsel notified) (ljb)
              [Entry date 11/13/98]

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al


11/13/98 23    JURY TRIAL MANAGEMENT ORDER by Judge Janice M. Stewart;
               pretrial conference set for 1:30pm on 10/1/99; 10 day jury
               trial set for 9:30am on 10/5/99 Signed 11/13/98 (counsel
               notified) (ljb) [Entry date 11/16/98]

11/19/98 24    PORT OF PORTLAND'S RESPONSE TO UP'S OBJECTIONS to Findings
               and Recommendation [20-1][8-1][19-1] by Plaintiff Port of
               Portland (ljb)

11/19/98 25    CERTIFICATE OF SERVICE of  response [24-1] by Plaintiff
               Port of Portland (ljb)

11/19/98 26    MINUTES OF ORDER by Judge Janice M. Stewart REFERRING
               Findings and Recommendation filed 10/15/98 [24-1], [20-1],
               [19-1] to Honorable Owen M. Panner (ljb)
               [Entry date 11/20/98]

12/28/98 27    ORDER by Honorable Owen M. Panner: ADOPTING Findings &
               Recommendations that Defendants MOTION TO DISMISS [8-1] by
               Union Pacific RR Co SHOULD BE GRANTED to the Port's 8th
               claim for relief, DENIED as to the 1st,4th,5th & 7th claims
               for relief & GRANTED in part & DENIED in part as to the 6th
               claim for relief [19-1]; Objection [20-1]; Response [24-1]
               Signed 12/18/98 (counsel notified) (kirk)
               [Entry date 12/30/98]

3/31/99  28    ANSWER  by Defendant Union Pacific RR Co  to complaint
               [1-2] (tely) [Entry date 04/02/99]

4/13/99  29    MOTION by Defendant TO EXTEND DISCOVERY CUT-OFF AND EXTEND
               DEADLINE FOR FILING DISPOSITIVE MOTIONS (Expedited Hearing
               Requested) (kirk) [Entry date 04/14/99]

4/14/99  30    RECORD OF ORDER by Judge Janice M. Stewart: GRANTING MOTION
               TO EXTEND DISCOVERY CUT-OFF AND EXTEND DEADLINE FOR FILING
               DISPOSITIVE MOTIONS [29-1]; ORDER resetting the following
               dates: Discovery due 6/15/99; Dispositive motions due
               6/1/99; Response to dispositive motions due 6/30/99; Reply
               to response due 7/21/99; Dispositive Motions will be taken
               under advisement on 8/9/99 (counsel notified) (kirk)
               [Entry date 04/15/99]

5/28/99  31    MOTION by Plaintiff FOR SUMMARY JUDGMENT RE CLAIMS UNDER
               ORS CHS.465 & 468B Oral Argument Requested (kirk)

5/28/99  32    MEMORANDUM IN SUPPORT by Plaintiff of MOTION FOR SUMMARY
               JUDGMENT RE CLAIMS UNDER ORS CHS.465 & 468B [31-1] (kirk)

5/28/99  33    CONCISE STATEMENT OF MATERIAL FACTS by Plaintiff in support
               of MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465
               & 468B [31-1] (kirk)

Docket as of October 24, 2000 7:18 pm                    Page 8

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

5/28/99   34     AFFIDAVIT by Plaintiff of Svend A. Brandt-Erichsen in
                 Support of MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS
                 CHS.465 & 468B [31-1] (kirk)

5/28/99   35     AFFIDAVIT by Plaintiff of Fay Malloy in Support of MOTION
                 FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 & 468B
                 [31-1] (kirk)

5/28/99   36     AFFIDAVIT by Plaintiff of Padraic Quinn in Support of
                 MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 &
                 468B [31-1] (kirk)

5/28/99   37     AFFIDAVIT by Plaintiff of Matthew G. Dalton in Support of
                 MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 &
                 468B [31-1] (kirk)

5/28/99   38     CERTIFICATE OF SERVICE of affidavit [37-1], affidavit
                 [36-1], affidavit [35-1], affidavit [34-1], statement
                 [33-1], memorandum [32-1], MOTION FOR SUMMARY JUDGMENT RE
                 CLAIMS UNDER ORS CHS.465 & 468B [31-1] by Plaintiff (kirk)

6/3/99    39     RECORD OF ORDER by Judge Janice M. Stewart: SETTING Port of
                 Portlands MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS
                 CHS.465 & 468B [31-1] on the Oral Argument Calendar at
                 1:30pm on 8/9/99 (counsel notified) (kirk)
                 [Entry date 06/04/99]

6/14/99   40     MOTION by Defendant TO EXTEND DISCOVERY CUTOFF AND OTHER
                 DEADLINES Oral Argument Requested (kirk)
                 [Entry date 06/15/99]

6/14/99   41     MEMORANDUM IN SUPPORT by Defendant Union Pacific RR Co of
                 MOTION TO EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES
                 [40-1] (kirk) [Entry date 06/15/99]

6/14/99   42     AFFIDAVIT by Defendant of Lee C. Nusich in Support of
                 MOTION TO EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES
                 [40-1] (kirk) [Entry date 06/15/99]

6/22/99   43     OPPOSITION by Plaintiff to Defendants MOTION TO EXTEND
                 DISCOVERY CUTOFF AND OTHER DEADLINES [40-1]; Reply due
                 7/6/99 (kirk) [Entry date 06/23/99]

6/22/99   44     DECLARATION by Plaintiff of William D. Maer in Opposition
                 to Defendants MOTION TO EXTEND DISCOVERY CUTOFF AND OTHER

                          DEADLINES [40-1] (kirk) [Entry date 06/23/99]

6/22/99  45    CERTIFICATE OF SERVICE of declaration [44-1], memorandum
               [43-1] by Plaintiff (kirk) [Entry date 06/23/99]

6/30/99  46    MOTION by Defendant TO AMEND ANSWER & COUNTERCLAIM (kirk)
               [Entry date 07/01/99]

Docket as of October 24, 2000 7:18 pm                    Page 9

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

6/30/99  47    CROSS-MOTION by Defendant FOR SUMMARY JUDGMENT RE CLAIMS
               Oral Argument Requested (kirk) [Entry date 07/01/99]

6/30/99  48    MEMORANDUM by Defendant IN OPPOSITION to Plaintiffs MOTION
               FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 & 468B
               [31-1]; Reply due 7/14/99 (Document entitled: Memorandum in
               Opposition to Plaintiffs Motion for Summary Judgment & in
               Support of Defendants Cross-Motion for Summary Judgment)
               (kirk) [Entry date 07/01/99]

6/30/99  48    MEMORANDUM IN SUPPORT by Defendant of its MOTION FOR
               SUMMARY JUDGMENT RE CLAIMS [47-1] (Document entitled:
               Memorandum in Opposition to Plaintiffs Motion for Summary
               Judgment & in Support of Defendants Cross-Motion for
               Summary Judgment) (kirk) [Entry date 07/01/99]

6/30/99  49    RESPONSE by Defendant to Port of Portland's Concise
               Statement of Material Facts (kirk) [Entry date 07/01/99]

6/30/99  50    MOTION by Defendant TO STRIKE & TO EXCLUDE PORTIONS OF THE
               AFFIDAVIT & TESTIMONY OF MATTHEW G. DALTON Oral Argument
               Requested (kirk) [Entry date 07/01/99]

6/30/99  51    MEMORANDUM IN SUPPORT by Defendant of MOTION TO STRIKE & TO
               EXCLUDE PORTIONS OF THE AFFIDAVIT & TESTIMONY OF MATTHEW G.
               DALTON [50-1] (kirk) [Entry date 07/01/99]

6/30/99  52    AFFIDAVIT by Defendant of Shawn Leppert in Support of
               MOTION TO STRIKE & TO EXCLUDE PORTIONS OF THE AFFIDAVIT &
               TESTIMONY MATTHEW G. DALTON [50-1] & in Opposition to
               Plaintiffs MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS
               CHS.465 & 468B [31-1] (kirk) [Entry date 07/01/99]

6/30/99  53    AFFIDAVIT by Defendant of Lee C. Nusich in Support of
               MOTION FOR SUMMARY JUDGMENT RE CLAIMS [47-1] & in
               Opposition to Plaintiffs MOTION FOR SUMMARY JUDGMENT RE

                    CLAIMS UNDER ORS CHS.465 & 468B [31-1] (kirk)
                    [Entry date 07/01/99]

6/30/99   54        AFFIDAVIT by Defendant of Hoyt Sutphin in Opposition to
                    MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 &
                    468B [31-1] (kirk) [Entry date 07/01/99]

6/30/99   55        AFFIDAVIT by Defendant of R.D. Markworth in Opposition to
                    Port of Portland's MOTION FOR SUMMARY JUDGMENT RE CLAIMS
                    UNDER ORS CHS.465 & 468B [31-1] (kirk) [Entry date 07/01/99]

Docket as of October 24, 2000 7:18 pm              Page 10

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

7/1/99    56        RECORD OF PROCEEDINGS (Telephone Oral Argument) before
                    Judge Janice M. Stewart: GRANTING Defendants MOTION TO
                    EXTEND DISCOVERY CUTOFF AND OTHER DEADLINES [40-1];
                    Discovery due 7/30/99 only as to discovery regarding
                    Plaintiffs demolition near the pipeline in 1970-71; ORDER
                    SETTING the following motions schedule: MOTION TO STRIKE &
                    TO EXCLUDE PORTIONS OF THE AFFIDAVIT & TESTIMONY OF MATTHEW
                    G. DALTON [50-1]; & MOTION FOR SUMMARY JUDGMENT RE CLAIMS
                    [47-1]; & MOTION TO AMEND ANSWER & COUNTERCLAIM [46-1];
                    Responses due 7/21/99; Replies due 8/4/99 & Oral Argument
                    will be held at 1:30pm on 8/9/99 (See formal minute order)
                    (counsel notified) (kirk) [Entry date 07/02/99]

7/6/99    57        AFFIDAVIT by Defendant of Shawn Leppert in Opposition to
                    Plaintiffs MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS
                    CHS.465 & 468B [31-1], & in Support of DefendantsMOTION TO
                    STRIKE & TO EXCLUDE PORTIONS OF THE AFFIDAVIT & TESTIMONY
                    OF MATTHEW G. DALTON [50-1] (kirk) [Entry date 07/07/99]

7/21/99   58        RESPONSE by Plaintiff to Union Pacific's Statement of Other
                    Relevant Facts (kirk)

7/21/99   59        MEMORANDUM by Plaintiff IN OPPOSITION to Union Pacific's
                    MOTION TO AMEND ANSWER & COUNTERCLAIM [46-1]; Reply due
                    8/4/99 (kirk)

7/21/99   60        MEMORANDUM by Plaintiff IN OPPOSITION to Union Pacific's

           MOTION TO STRIKE & TO EXCLUDE PORTIONS OF THE AFFIDAVIT &
           TESTIMONY OF MATTHEW G. DALTON [50-1]; Reply due 8/4/99
           (kirk)

7/21/99   61      MEMORANDUM IN REPLY by Plaintiff Re: Plaintiffs MOTION FOR
           SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 & 468B [31-1]
           (Document entitled: Memorandum in Reply re Port's Summary
           Judgment Motion & in Opposition to Union Pacific's Summary
           Judgment Motions) (kirk)

7/21/99   61      MEMORANDUM by Plaintiff IN OPPOSITION to Union Pacific's
           MOTION FOR SUMMARY JUDGMENT RE CLAIMS [47-1]; Reply due
           8/4/99 (Document entitled: Memorandum in Reply re Port's
           Summary Judgment Motion & in Opposition to Union Pacific's
           Summary Judgment Motions) (kirk)

7/21/99   62      SUPPLEMENTAL AFFIDAVIT by Plaintiff of Matthew G. Dalton in
           Support of Port of Portland's MOTION FOR SUMMARY JUDGMENT
           RE CLAIMS UNDER ORS CHS.465 & 468B [31-1] (kirk)

7/21/99   63      SUPPLEMENTAL AFFIDAVIT by Plaintiff of Svend A.
           Brandt-Erichsen (kirk)

7/21/99   64      CERTIFICATE OF SERVICE of affidavit [63-1], affidavit
           [62-1], memorandum [61-1], MOTION reply [61-1], memorandum
           [60-1], memorandum [59-1], response [58-1] by Plaintiff
           (kirk)

Docket as of October 24, 2000 7:18 pm          Page 11

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

7/21/99   65      RECORD OF PROCEEDINGS (Telephone Conference Call) before
           Judge Janice M. Stewart: ORDER resetting the Oral Argument
           to 8/23/99 at 1:30pm on the following motions: MOTION TO
           STRIKE & TO EXCLUDE PORTIONS OF THE AFFIDAVIT & TESTIMONY
           OF MATTHEW G. DALTON [50-1]; MOTION FOR SUMMARY JUDGMENT RE
           CLAIMS [47-1]; MOTION TO AMEND ANSWER & COUNTERCLAIM [46-1];
            MOTION FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 &
           468B [31-1]; ORDER setting the following deadlines: 10/1/99
           Exchange of Expert Disclosure Statements due; 11/30/99
           Close of expert discovery; Discovery due 7/30/99; Pretrial
           Order due 11/30/99; Pretrial documents due 12/16/99;
           Objections to Pretrial documents due 12/21/99; Final
           Pretrial Conference set 1/4/00 at 9:00am before Judge
           Panner in Chambers & 8-Day Jury Trial set 1/11/00 at
           9:30am before Judge Panner ; (See formal minute order)
           (counsel notified) (kirk)

```
7/21/99   65    RECORD OF PROCEEDINGS (Telephone conference call) before
                Judge Janice M. Stewart: ORDER setting the Final  Pretrial
                Conference at 9:00am on 1/4/00; & 8-Day Jury Trial set for
                9:30an on 1/11/00 in Portland before Judge Panner (counsel
                notified) (kirk)

7/23/99   66    ORDER ESTABLISHING TRIAL DATE AND PROCEDURES; 8 day jury
                trial set for 1/11/00 at 9:30; pretrial conference set for
                1/4/00 at 9:00am. by Honorable Owen M. Panner Signed
                7/23/99 (counsel notified) (ljb) [Entry date 07/26/99]

8/3/99    67    REPLY MEMORANDUM by Defendants in Support of Defendants
                MOTION TO STRIKE & TO EXCLUDE PORTIONS OF THE AFFIDAVIT &
                TESTIMONY OF MATTHEW G. DALTON [50-1] (kirk)
                [Entry date 08/04/99]

8/3/99    68    SUPPLEMENTAL DECLARATION by Defendant of Shawn Leppert in
                Support of MOTION TO STRIKE & TO EXCLUDE PORTIONS OF THE
                AFFIDAVIT & TESTIMONY MATTHEW G. DALTON [50-1] (kirk)
                [Entry date 08/04/99]

8/4/99    69    REPLY MEMORANDUM IN SUPPORT by Defendant in Support of
                Cross-MOTION FOR SUMMARY JUDGMENT RE CLAIMS [47-1] (kirk)
                [Entry date 08/05/99]

8/4/99    70    AFFIDAVIT by Defendant of Timothy R. Harmon in Support of
                UPRR's Reply Memorandum in Support of Cross-Motion for
                Summary Judgment [69-1] (kirk) [Entry date 08/05/99]

8/4/99    71    AFFIDAVIT by Defendant of Beverly C. Overstreet in Support
                of UPRR's Reply Memorandum in Support of Cross-Motion for
                Summary Judgment [69-1] (kirk) [Entry date 08/05/99]
```

```
Docket as of October 24, 2000 7:18 pm            Page 12

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

8/23/99   72    RECORD OF PROCEEDINGS (Oral Argument) before Judge Janice
                M. Stewart: ORDER TAKING UNDER ADVISEMENT on 8/23/99 the
                following motions: Defendants MOTION TO STRIKE & TO EXCLUDE
                PORTIONS OF THE AFFIDAVIT & TESTIMONY OF MATTHEW G. DALTON
                [50-1]; Defendants Cross-MOTION FOR SUMMARY JUDGMENT RE
                CLAIMS [47-1]; Plaintiffs MOTION FOR SUMMARY JUDGMENT RE
                CLAIMS UNDER ORS CHS.465 & 468B [31-1]; GRANTING in Part &
                DENYING in Part Defendants MOTION TO AMEND ANSWER &
                COUNTERCLAIM [46-1]; ORDER resetting the exchange of expert
```

disclosure deadlines to 11/1/99; all other case deadlines
remain unchanged; (See formal minute order)(counsel
notified) Court Rptr Deb Wilhelm (kirk)
[Entry date 08/24/99]

8/26/99   73   AMENDED ANSWER [1-2] and COUNTERCLAIM by Defendant Union
               Pacific RR Co against Plaintiff Port of Portland (kirk)
               [Entry date 08/30/99]

9/30/99   74   FINDINGS AND RECOMMENDATION by Judge Janice M. Stewart:
               MOTION TO STRIKE & TO EXCLUDE PORTIONS OF THE AFFIDAVIT &
               TESTIMONY OF MATTHEW G. DALTON [50-1] by Union Pacific RR
               Co SHOULD BE DENIED; MOTION FOR SUMMARY JUDGMENT RE CLAIMS
               [47-1] by Union Pacific RR Co SHOULD BE GRANTED as to the
               First, Fourth & Fifth Claims; & MOTION FOR SUMMARY JUDGMENT
               RE CLAIMS UNDER ORS CHS.465 & 468B [31-1] by Port of
               Portland SHOULD BE GRANTED IN PART as to that portion of
               the Second Claim arising from contamination at the eastern
               edge of Terminal 4 adjacent to Defendants tank farm
               facility & DENIED as to all other respects; s/ ST 9/30/99
               (cc: Counsel notified) (See formal 42-Page F&R) Due date
               for filing objections: 10/20/99; Due date for response to
               objections: 11/5/99 (kirk) [Entry date 10/01/99]

10/12/99  75   PLAINTIFFS ANSWER TO COUNTER-CLAIM [73-2] of Defendant (kirk)
               [Entry date 10/13/99]

10/13/99  76   MOTION  by Defendant Union Pacific RR Co TO AMEND ANSWER &
               COUNTERCLAIM Oral Argument Requested (tely)
               [Entry date 10/14/99]

10/13/99  77   MEMORANDUM IN SUPPORT by Defendant Union Pacific RR Co of
               MOTION TO AMEND ANSWER & COUNTERCLAIM [76-1] (tely)
               [Entry date 10/14/99]

10/13/99  78   AFFIDAVIT by Defendant Union Pacific RR Co  of Lee C Nusich
               re: MOTION TO AMEND ANSWER & COUNTERCLAIM [76-1] (tely)
               [Entry date 10/14/99]

10/20/99  79   OBJECTIONS to Magistrates FINDINGS AND RECOMMENDATIONS
               dated 9/30/99 by Plaintiff [74-1] (kirk)
               [Entry date 10/21/99]

10/20/99  80   CERTIFICATE OF SERVICE of  objection [79-1] by Plaintiff
               (kirk) [Entry date 10/21/99]

Docket as of October 24, 2000 7:18 pm              Page 13

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

10/20/99 81    RECORD OF ORDER by Judge Janice M. Stewart: SETTING
               Defendants MOTION TO AMEND ANSWER & COUNTERCLAIM [76-1] for
               Oral Argument at 1:30pm on 11/15/99 (counsel notified) (kirk)
               [Entry date 10/22/99]

10/25/99 82    MEMORANDUM by Plaintiff IN OPPOSITION to Defendants Second
               MOTION TO AMEND ANSWER & COUNTERCLAIM [76-1]; Reply due
               11/8/99 (kirk) [Entry date 10/26/99]

10/25/99 83    CERTIFICATE OF SERVICE of memorandum [82-1] by Plaintiff
               (kirk) [Entry date 10/26/99]

10/27/99 84    MOTION by Defendant TO STRIKE OR EXCLUDE EVIDENCE  Oral
               Argument Requested (Expedited Hearing Requested) (kirk)
               [Entry date 10/28/99]

10/27/99 85    MEMORANDUM IN SUPPORT by Defendant of MOTION TO STRIKE OR
               EXCLUDE EVIDENCE [84-1] (kirk) [Entry date 10/28/99]

10/27/99 86    AFFIDAVIT by Defendant of Lee C. Nusich in Support of
               MOTION TO STRIKE OR EXCLUDE EVIDENCE [84-1] (kirk)
               [Entry date 10/28/99]

10/27/99 87    SUPPLEMENTAL AFFIDAVIT by Defendant of Lee C. Nusich in
               Support of MOTION TO STRIKE OR EXCLUDE EVIDENCE [84-1] (kirk)
               [Entry date 10/28/99]

10/27/99 88    AFFIDAVIT by Defendant of Hoyt Sutphin in support of MOTION
               TO STRIKE OR EXCLUDE EVIDENCE [84-1] (kirk)
               [Entry date 10/28/99]

10/27/99 89    AFFIDAVIT by Defendant of Beverly C. Overstreet in Support
               of MOTION TO STRIKE OR EXCLUDE EVIDENCE [84-1] (kirk)
               [Entry date 10/28/99]

10/28/99 90    RECORD OF ORDER by Judge Janice M. Stewart: RESETTING
               Defendants MOTION TO STRIKE OR EXCLUDE EVIDENCE [84-1] on
               the Oral Argument Calendar at 1:30pm on 11/15/99; Plaintiff
               to file a response by 11/10/99 (counsel notified) (kirk)
               [Entry date 11/01/99]

10/29/99 91    REPLY IN SUPPORT by Defendant of MOTION TO AMEND ANSWER &
               COUNTERCLAIM [76-1] (kirk) [Entry date 11/01/99]

11/5/99  92    RESPONSE TO OBJECTIONS to Findings and Recommendation of
               9/30/99 [79-1] [74-1] by Defendant Union Pacific RR Co (kirk)
               [Entry date 11/08/99]

11/9/99  93    MINUTES OF ORDER by Judge Janice M. Stewart: REFERRING
               Findings and Recommendation [92-1][79-1][74-1] to Honorable
               Owen M. Panner; Objections have been filed (kirk)

Docket as of October 24, 2000 7:18 pm                    Page 14

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al


11/10/99 94      MEMORANDUM by Plaintiff IN OPPOSITION to MOTION TO STRIKE
                 OR EXCLUDE EVIDENCE [84-1]; Reply due 11/24/99 (kirk)
                 [Entry date 11/15/99]

11/10/99 95      AFFIDAVIT by Plaintiff of Padraic Quinn in Opposition to
                 MOTION TO STRIKE OR EXCLUDE EVIDENCE [84-1] (kirk)
                 [Entry date 11/15/99]

11/10/99 96      DECLARATION by Plaintiff of William D. Maer in Opposition
                 to Defendants MOTION TO STRIKE OR EXCLUDE EVIDENCE [84-1]
                 (kirk) [Entry date 11/15/99]

11/10/99 97      CERTIFICATE OF SERVICE of declaration [96-1], affidavit
                 [95-1], memorandum [94-1] by Plaintiff (kirk)
                 [Entry date 11/15/99]

11/12/99 98      REPLY MEMORANDUM IN SUPPORT by Defendant of MOTION TO
                 STRIKE OR EXCLUDE EVIDENCE [84-1] (kirk)
                 [Entry date 11/15/99]

11/12/99 99      AFFIDAVIT by Defendant of Timothy R. Harmon in Support of
                 Reply Memorandum in Support of Motion to Strike or Exclude
                 [98-1] (kirk) [Entry date 11/15/99]

11/15/99 100     RECORD OF PROCEEDINGS before Judge Janice M. Stewart:
                 TAKING UNDER ADVISEMENT on 11/15/99 Defendants MOTION TO
                 STRIKE OR EXCLUDE EVIDENCE [84-1] & MOTION TO AMEND ANSWER
                 & COUNTERCLAIM [76-1] (counsel notified) Court Rptr : Tape
                 464 & 465 (kirk) [Entry date 11/17/99]

11/18/99 101     OPINION AND ORDER: DENYING Defendants MOTION TO STRIKE OR
                 EXCLUDE EVIDENCE [84-1], & DENYING Defendants MOTION TO
                 AMEND ANSWER & COUNTERCLAIM [76-1]; Terminal 4 Uplands &
                 sediment contamination claims are bifurcated & a court
                 trail for the Terminal 4 Uplands claim will begin 1/11/00;
                 A trial date for the sediments contamination claim will be
                 set at a scheduling conference to be held after the
                 conclusion for the Terminal 4 Uplands contamination trial;
                 Findings of the first trial will be binding on the parties
                 of the second trial;  Signed 11/18/99 by Judge Janice
                 Stewart   (microfilmed 11/18/99)(counsel notified) (kirk)
                 [Entry date 11/19/99]

11/18/99 101     RECORD OF OPINION & ORDER by Judge Janice M. Stewart
                 Resetting before the Honorable Owen M. Panner an 8-Day
                 Court Trial at 9:30am on 1/11/00 in Portland (kirk)
                 [Entry date 11/19/99]

Docket as of October 24, 2000 7:18 pm                    Page 15

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al


11/30/99 102       ORDER by Honorable Owen M. Panner: ADOPTING Magistrate
                   Judge Stewart's F&R that MOTION TO STRIKE & TO EXCLUDE
                   PORTIONS OF THE AFFIDAVIT & OF MATTHEW G. DALTON [50-1] by
                   Union Pacific RR Co SHOULD DENIED; MOTION FOR SUMMARY
                   JUDGMENT RE CLAIMS [47-1] by Union Pacific RR Co SHOULD BE
                   GRANTED as to the First, Fourth & Fifth Claims; & MOTION
                   FOR SUMMARY JUDGMENT RE CLAIMS UNDER ORS CHS.465 & 468B
                   [31-1] by Port of Portland SHOULD BE GRANTED IN PART as to
                   that portion of the Second Claim arising from contamination
                   at the eastern edge of Terminal 4 adjacent to Defendants
                   tank farm facility & DENIED as to all other respects
                   [74-1][79-1][92-1]; DENYING MOTION TO STRIKE & TO EXCLUDE
                   PORTIONS OF THE AFFIDAVIT & TESTIMONY OF MATTHEW G. DALTON
                   [50-1]; GRANTING MOTION FOR SUMMARY JUDGMENT RE CLAIMS
                   [47-1]; GRANTING MOTION FOR SUMMARY JUDGMENT RE CLAIMS
                   UNDER ORS CHS.465 & 468B [31-1] Signed 11/30/99 (See formal
                   2-Page Order) (counsel notified) (kirk)
                   [Entry date 12/01/99]


11/30/99 --         LODGED PRETRIAL ORDER filed by Plaintiff & Defendant (kirk)
                   [Entry date 12/01/99]


12/2/99 103        RECORD OF ORDER by Judge Janice M. Stewart: CASE
                   REASSIGNED to Honorable Owen M. Pannerfor all further
                   proceedings  (counsel notified) (kirk)


12/27/99 104       TRIAL BRIEF by Defendant (kirk) [Entry date 12/28/99]


12/27/99 105       AFFIDAVIT by Defendant Union Pacific RR Co of Shawn Leppert
                   IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
                   [31-1] AND IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE [84]
                   (Not an original signature). (tomg) [Entry date 12/28/99]
                   [Edit date 12/29/99]


12/27/99 106       AFFIDAVIT by Defendant Union Pacific RR Co  of Hoyt Sutphin
                   IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
                   [31-1] (Not an original signature) (tomg)
                   [Entry date 12/28/99] [Edit date 12/29/99]

```
12/27/99 107    SUPPLEMENTAL DECLARATION by Defendant Union Pacific RR Co of
                Shawn Leppert IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE OR
                EXCLUDE EVIDENCE [84-1] (Not an original signature) (tomg)
                [Entry date 12/28/99] [Edit date 12/29/99]

12/27/99 108    EXPERT WITNESS DISCLOSURE STATEMENT for Shawn Leppert filed
                by Defendant Union Pacific RR Co (Not an original signature)
                (tomg) [Entry date 12/28/99] [Edit date 12/29/99]

12/27/99 109    EXPERT WITNESS DISCLOSURE STATEMENT for Hoyt Sutphin filed
                by Defendant Union Pacific RR Co (Not an original signature)
                (tomg) [Entry date 12/28/99] [Edit date 12/29/99]
```

Docket as of October 24, 2000 7:18 pm           Page 16

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

```
12/27/99 110    EXPERT WITNESS DISCLOSURE STATEMENT for Raymond Taggart
                filed by Defendant Union Pacific RR Co (Not an original
                signature) (tomg) [Entry date 12/28/99]
                [Edit date 12/29/99]

12/27/99 111    EXPERT WITNESS DISCLOSURE STATEMENT for Howard C. Merchant
                filed by Defendant Union Pacific RR Co (Not an original
                signature) (tomg) [Entry date 12/28/99]
                [Edit date 12/29/99]

12/27/99 112    PROPOSED FINDS OF FACT (With Index) submitted by Defendant
                Union Pacific RR Co (tomg) [Entry date 12/28/99]

12/27/99 113    WITNESS LIST by Defendant Union Pacific RR Co (tomg)
                [Entry date 12/28/99]

12/27/99 114    EXHIBIT LIST by Defendant Union Pacific RR Co (tomg)
                [Entry date 12/28/99]

12/27/99 115    PROPOSED CONCLUSIONS OF LAW submitted by Defendant Union
                Pacific RR Co (tomg) [Entry date 12/28/99]

12/28/99 116    TRIAL BRIEF by Plaintiff Port of Portland (tomg)

12/28/99 117    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW submitted
                by Plaintiff Port of Portland (tomg)

12/28/99 118    WITNESS LIST by Plaintiff Port of Portland (tomg)

12/28/99 119    EXPERT WITNESS DISCLOSURES filed by Plaintiff Port of
```

                              Portland (tomg)

12/28/99 120     EXHIBIT INDEX by Plaintiff Port of Portland (tomg)

12/28/99 121     CERTIFICATE OF SERVICE of exhibits list [120-1], witness
                 statement [119-1], witness list [118-1], proposed documents
                 [117-1], trial memorandum [116-1] by Plaintiff Port of
                 Portland (tomg)

12/28/99 122     EXPERT WITNESS DISCLOSURE STATEMENT for Raymond Taggart
                 FILED by Defendant Union Pacific RR Co (Signed original)
                 (tomg) [Entry date 12/29/99]

12/28/99 123     EXPERT WITNESS DISCLOSURE STATEMENT for Howard C. Merchant
                 FILED by Defendant Union Pacific RR Co (Signed original)
                 (tomg) [Entry date 12/29/99]

12/28/99 124     EXPERT WITNESS DISCLOSURE STATEMENT for Shawn Leppert FILED
                 by Defendant Union Pacific RR Co (Signed original) (tomg)
                 [Entry date 12/29/99]

Docket as of October 24, 2000 7:18 pm                    Page 17

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

1/4/00   125     RECORD OF PROCEEDINGS before Honorable Owen M. Panner:
                 Pretrial conference started pretrial scheduling conf set
                 over for 1:30 1/5/00 (counsel notified) Court Rptr Amanda
                 Essner (tomg) [Entry date 01/07/00]

1/5/00   126     RECORD OF PROCEEDINGS  before Honorable Owen M. Panner:
                 Status conference held pretrial scheduling conf set over
                 to Thursday 1/6/00 (counsel notified) Court Rptr Dennis
                 Grube (tomg) [Entry date 01/07/00]

1/6/00   127     RECORD OF PROCEEDINGS before Honorable Owen M. Panner: The
                 "Uplands" and "Eastern" portions of the case have been
                 settled.  The "sediments" portion of the case is not settled
                 and will proceed to trial. The following trial schedule is
                 set: expert disclosures due 7/1/00; discovery ddl set for
                 8/1/00; pretrial order ddl set for 8/8/00; pretrial
                 materials are due 8/18/00; pretrial conference set for 1:30
                 8/28/00; 3 day court trial set for 9:00 10/10/00 in
                 Portland( Procedural Order attached). Exhibits returned to
                 parties (counsel notified) Court Rptr Dennis Grube (tomg)
                 [Entry date 01/10/00] [Edit date 01/14/00]

| | | |
|---|---|---|
| 1/14/00 | 128 | PARTIAL JUDGMENT: The claims dealing with the "Uplands" and "Eastern" portions of plaintiff's property are dismissed with prejudice. No costs are awarded to either party. Signed 1/13/00 microfilmed 1/14/00 Honorable Owen M. Panner (counsel notified) (tomg) |
| 1/26/00 | 129 | TRANSCRIPT of 1/6/00 before Honorable Owen M. Panner court reporter: Dennis Grube (tomg) |
| 3/10/00 | 130 | MOTION by Plaintiff Port of Portland TO EXTEND DISCOVERY AND PRETRIAL ORDER DEADLINES (tomg) |
| 3/10/00 | 131 | MEMORANDUM IN SUPPORT by Plaintiff Port of Portland of MOTION TO EXTEND DISCOVERY AND PRETRIAL ORDER DEADLINES [130-1] (tomg) |
| 3/10/00 | 132 | AFFIDAVIT by Plaintiff Port of Portland of Trey Harbert re: MOTION TO EXTEND DISCOVERY AND PRETRIAL ORDER DEADLINES [130-1] (tomg) |
| 3/10/00 | 133 | CERTIFICATE OF SERVICE of affidavit [132-1], memorandum [131-1], MOTION TO EXTEND DISCOVERY AND PRETRIAL ORDER DEADLINES [130-1] by Plaintiff Port of Portland (tomg) |
| 3/15/00 | 134 | RECORD OF PROCEEDINGS before Honorable Owen M. Panner DENYING PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND PRETRIAL ORDER DEADLINES [130-1] (counsel notified) Court Rptr Liz (tomg) [Entry date 03/16/00] |
| 3/20/00 | 135 | SECOND AMENDED ANSWER [1-2] and COUNTER-CLAIM by Defendant Union Pacific RR Co against Plaintiff Port of Portland; cntdft Union Pacific RR Co (tomg) [Entry date 03/22/00] |

Docket as of October 24, 2000 7:18 pm        Page 18

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

| | | |
|---|---|---|
| 5/24/00 | 136 | RECORD OF ORDER by Honorable Owen M. Panner SETTING telephone conference for 11:30am on 6/8/00 re letter request to change trial date (counsel notified) Court Rptr none (tely) [Entry date 05/25/00] |
| 6/7/00 | 137 | STIPULATED MOTION by Defendant Union Pacific RR Co TO EXTEND TIME TO 6/30/00 TO RESPOND BY ANSWER OR OBJECTION TO PLAINTIFF'S 2ND SET OF INTERROGATORIES & REQUEST FOR PRODUCTION (tely) |
| 6/8/00 | 138 | RECORD OF ORDER by Honorable Owen M. Panner GRANTING |

stipulated MOTION  TO EXTEND TIME TO 6/30/00 TO RESPOND BY
ANSWER OR OBJECTION TO PLAINTIFF'S 2ND SET OF
INTERROGATORIES & REQUEST FOR PRODUCTION [137-1]  (counsel
notified)  Court Rptr none (tely) [Entry date 06/09/00]

6/8/00   139   RECORD OF PROCEEDINGS Of Telephone Conference  before
               Honorable Owen M. Panner Parties letter request to change
               trial date is Granted. ORDER resetting 5 day court trial
               to 9:00 am on 11/7/00 in Portland;  Pretrial documents
               due 9/18/00; Pretrial conference previously set for 8/28/00
               at 1:30pm remains in place but will be a status conference
               (counsel notified) Court Rptr Liz Kauble (tely)
               [Entry date 06/09/00]

6/20/00  140   RECORD OF ORDER  by Honorable Owen M. Panner  pursuant to
               the stipulation of counsel, the Court establishes the
               following deadlines: expert disclosure due 8/1/00;
               discovery ddl set for 9/1/00 ; pretrial order ddl set for
               9/8/00; Pretrial materials ddl set for 9/18/00;  pretrial
               conference reset to 10/23/00 & pretrial conference
               previously set for 8/28/00 at 1:30pm remains in place as a
               status conference (counsel notified) Court Rptr none (tely)
               [Entry date 06/22/00]

7/17/00  141   RECORD OF ORDER by Honorable Owen M. Panner: Modifying
               schedule set forth in minute order of 6/20/00: Expert
               disclosures due 8/14/00; Discovery due 9/14/00; Pretrial
               Order due 9/22/00; Pretrial documents due 10/2/00 (counsel
               notified) (kirk) [Entry date 07/19/00]

8/22/00  142   THIRD AMENDED ANSWER & COUNTERCLAIM by Defendant Union
               Pacific RR Co (kirk) [Entry date 08/23/00]

8/22/00  143   MOTION  by Defendant Union Pacific RR Co TO STRIKE EXPERT
               WITNESS DISCLOSURE STATEMENTS OF PAUL D. FAHRENTHOLD &
               BETSY STRIPLIN ( Oral Argument Requested) (kirk)
               [Entry date 08/25/00]

8/22/00  144   MEMORANDUM OF LAW IN SUPPORT by Defendant Union Pacific RR
               Co of MOTION TO STRIKE EXPERT WITNESS DISCLOSURE STATEMENTS
               OF PAUL D. FAHRENTHOLD & BETSY STRIPLIN [143-1] (kirk)
               [Entry date 08/25/00]

Docket as of October 24, 2000 7:18 pm              Page 19

Proceedings include all events.
3:98cv886 Portland v. Union Pacific RR Co, et al

8/22/00  145   AFFIDAVIT by Defendant of Lee C. Nusich in Support of
               MOTION TO STRIKE EXPERT WITNESS DISCLOSURE STATEMENTS OF

                        PAUL D. FAHRENTHOLD & BETSY STRIPLIN [143-1] (kirk)
                        [Entry date 08/25/00]

8/28/00  146    RECORD OF PROCEEDINGS (Motion Hearing) before Honorable
                Owen M. Panner: DENYING Defendants MOTION TO STRIKE EXPERT
                WITNESS DISCLOSURE STATEMENTS OF PAUL D. FAHRENTHOLD &
                BETSY STRIPLIN [143-1]; ORDER setting the following case
                schedule: Discovery closes 10/23/00; Pretrial materials
                due 11/13/00; Pretrial Conference set for 1:30pm on 12/4/00
                & 4-Day Court Trial set to commence at 9:00am on 1/30/01 in
                Portland (counsel notified) Court Rptr : Robert Stimler
                (kirk) [Entry date 08/30/00]

8/29/00  147    ORDER ESTABLISHING TRIAL DATE & PROCEDURES by Honorable
                Owen M. Panner; Signed 8/29/00; (See formal 4-Page Order)
                (counsel notified) (kirk) [Entry date 08/30/00]

9/22/00  --     LODGED PRETRIAL ORDER (kirk) [Entry date 09/27/00]

10/23/00 148    JOINT MOTION filed by Defendant Union Pacific RR Co  TO
                EXTEND DEADLINE FOR SUBMISSION OF PRE-TRIAL MATERIALS (kirk)
                [Entry date 10/24/00]

[END OF DOCKET: 3:98cv886]